UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALEX KEARNELL BLACKWELL                                                                                                     PLAINTIFF

v.                                                   No. 2:20-CV-02174

KEVIN BOLIN, et al.                                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 15th day of March, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE